```
JAMES R. HOMOLA  #60244
Attorney at Law
2950 Mariposa, Suite 250
Fresno, California 93721
Telephone: (559) 441-7111

Attorney for Defendant
HUGO LEYVA
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | Case No. 12 CR 328 LJO |
| vs. | |
| | COURT RESPONSE TO SUBSTITUTION OF |
| HUGO LEYVA | ATTORNEY REQUEST |
| Defendant. | |

Defendant HUGO LEYVA hereby substitutes James R. Homola, 2950 Mariposa Street, Fresno, California 93721, telephone (559) 441-7111, as attorney of record in this action, in place of William Stewart, his present counsel.

DATED: May 20, 2014         /s/ Hugo Leyva
                            HUGO LEYVA

The undersigned consents to the above substitution.

DATED: May 20, 2014         /s/ William Stewart
                            WILLIAM STEWART

The undersigned accepts the above substitution.

DATED: May 20, 2014         /s/ James R. Homola
                            JAMES R. HOMOLA

                    *   *   *   *   *

THE COURT NOTES THAT THIS CASE IS A MULTIPLE DEFENDANT CASE WITH AN UPCOMING TRIAL SET OF July 29, 2014.  THE COURT ALSO NOTES THAT THE REQUESTED SUBSTITUTION OF ATTORNEY SAYS NOTHING ABOUT THE NEWLY PROPOSED COUNSEL'S ABILITY TO BE PREPARED FOR THE UPCOMING TRIAL DATE.   UNLEES AND UNTIL SUCH A

REPRESENTATION IS MADE BY COUNSEL WISHING TO COME IN, THE REQUEST IS **DENIED**. THE COURT IS NOT GOING TO ALLOW THE TRIAL DATE TO BE MOVED IN THAT THE INDICTMENT WAS FILED ALMOST TWO YEARS AGO, AND WITH THIS MANY ATTORNEYS BEING INVOLVED, ALONG WITH THEIR BUSY CALENDARS, SUCH A CONTINUANCE BASED ON NEW COUNSEL'S BEING BROUGHT IN AT THIS LATE STAGE WOULD MEAN AN UNREASONABLE DELAY.

IT IS SO ORDERED.

Dated:   **May 27, 2014**                              **/s/ Lawrence J. O'Neill**
                                                    UNITED STATES DISTRICT JUDGE