```
JAMES R. HOMOLA  #60244
Attorney at Law
2950 Mariposa, Suite 250
Fresno, California 93721
Telephone: (559) 441-7111

Attorney for Defendant
HUGO ALBERTO LEYVA
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>     Plaintiff, <br> vs. <br> HUGO ALBERTO LEYVA, <br>     Defendant. | Case No. 12 CR 0328 LJO <br><br> STIPULATION AND PROPOSED ORDER TO CONTINUE |

    Defendant HUGO ALBERTO LEYVA by and through his attorney James R. Homola, and the United States of America, by and through its attorney, Kathleen Servatius, Assistant U.S. Attorney, hereby stipulate to the following request:

    That the sentencing hearing scheduled for September 22, 2014 be continued to October 27, 2014 at 8:30 am.  There has been no previous request for continuance, and it is anticipated that there will be no further such request. The continuance is requested to permit the defense to receive, from Mexico, information that has been requested and complete its formal

submission as to sentencing.   Delay in sentencing is waived per the Speedy Trial Act.

DATED: September 16, 2014

/s/ James R. Homola            /S/ Kathleen Servatius
JAMES R. HOMOLA                KATHLEEN SERVATIUS
Attorney for Defendant         Assistant U.S. Attorney
HUGO ALBERTO LEYVA

**ORDER**

The intervening period of delay is excused in the interests of justice, pursuant to 18 USC §3161(h)(8)(B)(iv).

IT IS SO ORDERED.

Dated:  **September 16, 2014**            **/s/ Lawrence J. O'Neill**
                                          UNITED STATES DISTRICT JUDGE