Carolyn D. Phillips,  #103045
Attorney at Law
P.O. Box 5622
Fresno, California  93755-5722
Telephone: (559)248-9833
cdp18@sbcglobal.net

Attorney for HUGO LEYVA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES, | Case No. 1:12-CR-328  JLT |
| *Plaintiff-Respondent,* | JOINT PROPOSED BRIEFING SCHEDULE AND [~~PROPOSED~~] ORDER |
| v. | |
| HUGO LEYVA, | |
| *Defendant-Petitioner.* | |

Pursuant to the Court's Minute Order on February 20, 2024, the parties have met and conferred regarding a proposed schedule for further briefing in defendant's motion to reduce sentence.   The parties submit the following proposed briefing schedule:

1. Defendant's supplemental pleadings shall be filed no later than April 1, 2024.

2. Government's opposition shall be filed no later than May 10, 2024.

1

3. Defendant's reply brief shall be filed no later than May 24, 2024.

Dated: March 5, 2024                    Respectfully Submitted,

/s/Carolyn D. Phillips
CAROLYN D. PHILLIPS
Attorney for Defendant
HUGO LEYVA


Dated: March 5, 2024                    PHILLIP A. TALBERT
United States Attorney

/s/Shelley Weger
SHELLEY WEGER
Assistant United States Attorney
Attorney for Plaintiff

# [~~PROPOSED~~] ORDER

Having reviewed the parties' proposed briefing schedule for defendant Leyva's motion to reduce sentence, 18 U.S.C. § 3582(c)(2), the Court adopts the Joint Proposed Briefing Schedule.

The Supplemental Pleading Deadline: 4/1/2024. Opposition Deadline: May 10, 2024.  Reply Deadline:  5/24/2024.


IT IS SO ORDERED.

Dated: _Jennifer L. Thurston_
UNITED STATES DISTRICT JUDGE

2