1   Carolyn D. Phillips,  #103045
    Attorney at Law
2   P.O. Box 5622
    Fresno, California  93755-5722
3   Telephone: (559)248-9833
    cdp18@sbcglobal.net
4
    Attorney for HUGO LEYVA
5

6

7
                    IN THE UNITED STATES DISTRICT COURT
8
                 FOR THE EASTERN DISTRICT OF CALIFORNIA
9

10

11

12  UNITED STATES,                          Case Nos. 1:12-cr-328 JLT

13         *Plaintiff-Respondent,*          DEFENDANT'S UNOPPOSED REQUEST
                                            FOR AN EXTENSION OF TIME TO FILE
                                            MOTIONS FROM APRIL 1, 2024, TO MAY
14         v.                               1, 2024; [P̶R̶O̶P̶O̶S̶E̶D̶] ORDER

15  HUGO LEYVA,

16         *Defendant-Petitioner.*
    _____

17         On March 7, 2024, this Court ordered motions to be filed no later than April 1,

18  2024.  Doc. 244.  Defendant seeks a thirty-day extension of time in which to file motions

19  to May 1, 2024.

20         This request is based on counsel's inability to communicate with defendant

21  regarding his case. He is currently serving out the remainder of his sentence in Mexico.

22

23  *Defendant's Unopposed Request for an Extension of Time to File Motions from
    April 1, 2024 to May 1, 2024*                                              1

Additional time is necessary to confer with defendant and complete additional investigation.

Counsel for the government does not object to this request.

/s/Carolyn D. Phillips
CAROLYN D. PHILLIPS
Attorney for Defendant
HUGO LEYVA

**ORDER**

GOOD CAUSE appearing, defendant Leyva's request for an extension of time within which to file supplemental briefing shall be extended to May 1, 2024.

Dated: April 2, 2024

JENNIFER L. THURSTON
UNITED STATES DISTRICT JUDGE

*Defendant's Unopposed Request for an Extension of Time to File Motions from April 1, 2024 to May 1, 2024*

2