**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>HUGO ALBERTO LEYVA,<br><br>    Defendant. | Case No.: 1:12-cr-00328-4 JLT SKO<br><br>ORDER DENYING DEFENDANT'S MOTION TO REDUCE PRISON TERM UNDER FSA AND CLARIFY COMPUTATION DATA AND CRIMINAL COUNT<br><br>(Doc. 256) |

On July 7, 2014, Hugo Alberto Leyva pled guilty to conspiracy to distribute methamphetamine in violation of 21 U.S.C. §§ 846 and 841(a)(1). (Docs. 122, 126.) He was sentenced to a 210-month term of imprisonment on October 27, 2014. (Doc. 170; Doc. 172 at 2.) He has filed several motions to reduce his sentence, all of which have been denied. (*See* Docs. 212, 253, 254.) On December 13, 2024, he filed a pro se motion "to Reduce Prison Term Under FSA [and] Clarify Computation Data and Criminal Count." (Doc. 256.) The motion, which is somewhat difficult to understand, may be asking this Court to modify his sentence based upon some action by a Mexican court or his transfer to Mexican authorities. Either way, he cites no authority that gives this Court jurisdiction to make such a modification. As the Court has previously explained, it generally lacks jurisdiction to modify a sentence after the entry of judgment unless the modification is permitted by a specific act of Congress, such as 18 U.S.C. § 3582(c)(1) or (c)(2). Mr. Leyva has made motions under both of those provisions, which have been denied. To the extent he is requesting that this Court order a Mexican court to alter

1

some aspect of his sentence computation, he likewise cites no authority that permits this Court to do so.

  For these reasons, the motion is **DENIED**.

IT IS SO ORDERED.

Dated: **January 22, 2025**

UNITED STATES DISTRICT JUDGE

2